IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY C. SHARP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-CV-857-WKW |
| | ) [WO] |
| CITY OF MONTGOMERY and | ) |
| MONTGOMERY CITY-COUNTY | ) |
| PERSONNEL BOARD, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Joint Motion for *Pro Tanto* Dismissal with Prejudice of the Montgomery City-County Personnel Board.  (Doc. # 73.)  It is ORDERED that the motion is GRANTED and that all claims against Defendant Montgomery City-County Personnel Board are DISMISSED with prejudice, with costs taxed as paid.

The Clerk of the Court is DIRECTED to terminate the Montgomery City-County Personnel Board as a defendant.  This action proceeds as to Plaintiff's claims against the City of Montgomery.

DONE this 17th day of January, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE